**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON ALT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:17-cv-01897-CRC |
| | : | |
| HCC LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Allison Alt, by and through its undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), jointly stipulate and agree that all claims pending in this action by it against HCC Life Insurance Company shall be voluntarily dismissed <u>with prejudice</u>, with each party to pay its own attorney's fees and costs, and in support thereof states as follows:

Date: June 11, 2018

Respectfully submitted,

Allison Alt

By Counsel:

     /s/ Dirk McClanahan

Dirk McClanahan, Esq. (DC Bar No. 1019009)
Zach Miller, Esq. (DC Bar No. 1023148)
McClanahan Powers, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Phone: (703) 520-1326
Email: dmcclanahan@mcplegal.com
       zmiller@mcplegal.com
*Counsel for Plaintiff*

1

2

Agreed and Joined by:


_____/s/_____
Lacey Conn
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20036
Telephone: (202) 945-9501
Facsimile: (202) 945-9509
Email: lconn@tthlaw.com
*Counsel for Defendant*